IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:06CR |
|---|---|---|
| V. | ) | |
| | ) | MOTION TO SEAL INDICTMENT |
| HOUTAN YAGHMAI | ) | |

NOW COMES the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, and asks the Court to seal the Bill of Indictment and any other related documents.

WHEREFORE, the United States of America requests this Court to order that the Bill of Indictment, Motion to Seal, and any other related documents be sealed until further notice from the Government.

THIS the 26th day of April, 2006.

GRETCHEN C. F. SHAPPERT
UNITED STATES ATTORNEY

COREY FRAZIER ELLIS
ASSISTANT U.S. ATTORNEY