IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:06cr... |
| | ) | |
| vs. | ) | **ORDER TO SEAL INDICTMENT** |
| | ) | |
| HOUTAN YAGHMAI | ) | |
| | ) | |

UPON motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the Bill of Indictment, the Motion to Seal Indictment and any other related documents be sealed.

THIS the 26th day of April, 2006.

_____
MAGISTRATE JUDGE