AO 442 (Rev. 12/85) Warrant for Arrest 

# United States District Court

WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.

HOUTAN YOGHMAI

**WARRANT FOR ARREST**

CASE NUMBER: 3:06cr94-V

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Houtan Yoghmai___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice

[ ] Probation Violation Petition

charging him or her with  brief description of offense
Criminal infringement of a copyright
Conspiracy to commit offense

in violation of Title __18__ United States Code, Section(s) _2319, 371 & 2_ and Title __17__
United States Code, Section(s) _506_

Frank G. Johns
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

_Michelle Anderton_ (signature)
Signature of Issuing Officer

_4/26/06 at Charlotte, NC_
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant_____. |

| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest