UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CR94-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | **DEFENDANT'S SENTENCING** |
| v. ) | **EXHIBITS** |
| ) | |
| HOUTAN YAGHMAI, ) | |
| Defendant. ) | |
| ) | |

**NOW COMES** Houtan Yaghmai, through counsel, and hereby submits the attached exhibits for the Court's consideration at sentencing on November 1, 2007. The exhibits are:

(1) 6-page letter from the Defendant to the Court;

(2) Indictment of David Lee Pruett in 3:05CR286;

(3) Plea Agreement of David Lee Pruett in 3:05CR286; and

(4) Judgment in 3:05CR286.

The Defendant's letter to the Court adequately addresses the nature and circumstances of the offense and the history and characteristics of the Defendant. The documents related to David Lee Pruett are for the Court to consider in addressing the need to avoid unwarranted sentencing disparity among defendants with similar records who have been found guilty of similar conduct.

Respectfully submitted this the 26th day of October, 2007.

<pre>
                                      s/ Deke Falls
                                      N.C. Bar # 24232
                                      Barnett & Falls, P.A.
                                      130-C North McDowell Street
                                      Charlotte, North Carolina  28204
                                      Phone:  (704) 334-2044
                                      Fax:  (704) 334-2095
                                      Email:  deke@barnettfalls.com
                                      Attorney for Defendant  YAGHMAI
</pre>

## CERTIFICATE OF SERVICE

I, Deke Falls, do hereby certify that I have served a copy of the foregoing Motion Defendant's Sentencing Materials upon the following via electronic filing:

Richard.Green@usdoj.gov.

Corey.Ellis@usdoj.gov.

This the 26th day of October, 2007.

<pre>
                                      s/ Deke Falls
                                      N.C. Bar # 24232
                                      Barnett & Falls
                                      130-C North McDowell Street
                                      Charlotte, North Carolina  28204
                                      Phone:  (704) 334-2044
                                      Fax:  (704) 334-2095
                                      Email:  deke@barnettfalls.com
                                      Attorney for Defendant  YAGHMAI
</pre>