Defendant: HOUTAN YAGHMAI
Case Number: 3:06CR94

Judgment-Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TWELVE (12) MONTHS & ONE (1) DAY**.

_X_ The Court makes the following recommendations to the Bureau of Prisons:
    Defendant shall be designated to a facility close to Palm Springs, CA.

___ The defendant is remanded to the custody of the United States Marshal.

___ The defendant shall surrender to the United States Marshal for this district:

   ___ at ____ on ____.
   ___ as notified by the United States Marshal.

_X_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   _X_ before 2 pm on 12/31/07 but not before 12/16/07 but not after 12/31/07.
   _X_ as notified by the United States Marshal.
   ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

FILED
CHARLOTTE, NC
JAN 2 3 2008
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

Defendant delivered on __12/31/2007__ to __XI-SCP__
at __Taft, CA__, with a certified copy of this Judgment.

Neil H Adler, Warden
~~United States Marshal~~

By Heidi Jorda
~~Deputy Marshal~~