# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:06-cr-94-W

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>HOUTAN YAGHMAI | ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER is before the Court upon Defendant's Motion for Early Termination of Supervised Release and Supporting Memorandum of Law. (Doc. No. 30). The Government has filed a response indicating there is no objection to early termination of the Defendant's term of supervised release. (Doc. No. 31). For the reasons stated in the Defendant's motion, the Court finds that early termination of the Defendant's supervised release is warranted by the conduct of the Defendant and the interest of justice. 18 U.S.C. § 3583(e)(1).

IT IS THEREFORE ORDERED that the Defendant's motion is hereby GRANTED. The Defendant's term of supervised release is to be terminated immediately.

The Clerk is directed to serve a copy of this Order on the United States Marshals Service, the United States Probation Office, and counsel for the Defendant and the Government.

IT IS SO ORDERED.

Signed: January 27, 2010

Frank D. Whitney
United States District Judge